**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MBA, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. AW-06-1620 |
| Vira Hong, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \*

## MEMORANDUM OPINION

On June 22, 2006, Defendant Vira Hong filed a "Notice of Removal" with the Court, on behalf of herself and Defendants Thomas Mey, and Lee Sok, seeking to remove an action brought by Plaintiffs MBA d/b/a EMC Mortgage Company, Wells Fargo Home Mortgage, Inc., Credit Suisse First Boston, U S Bank National Association, Coveahey, Boozer, Devan & Dora, P.A., and Thomas P. Dore (collectively, "Plaintiffs").

If this Court has subject jurisdiction over this case, it arises under the diversity statute, 28 U.S.C. § 1332, which confers federal courts with jurisdiction over suits between parties with diverse citizenship where the matter in controversy exceeds $75,000. 28 U.S.C. § 1332. In this case, 28 U.S.C.§ 1441(b) authorizes the removal of suits based on diversity of citizenship *"if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought*." 28 U.S.C. § 1441(b) (emphasis added). While a court must determine the propriety of removal based on the citizenship of the parties at the time of removal , "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c); *see also Jones v. American Postal Workers Union,* 192 F.3d 417, 422 (4th Cir. 1999) ("The existence of subject matter jurisdiction is a threshold issue").

It appears from the Notice of Removal that Defendant Vira Hong is a resident of Silver Spring, Maryland. Since Defendant is a Maryland resident, she may not remove this case under 28 U.S.C. § 1441. Therefore, this Court must remand this case.

Date:  July 6, 2006                                          /s/
                                                    Alexander Williams, Jr.
                                                    United States District Court